Certificate Number: 15111-PAE-DE-032092573

Bankruptcy Case Number: 18-16090



15111-PAE-DE-032092573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 26, 2018</u>, at <u>5:59</u> o'clock <u>PM EST</u>, <u>Jose A. Weidman Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 31, 2018</u>         By:    <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>

Certificate Number: 15111-PAE-DE-032092571

Bankruptcy Case Number: 18-16090



15111-PAE-DE-032092571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2018, at 5:59 o'clock PM EST, Malena K. Weidman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 31, 2018        By: /s/Stephanie Sandison for Ryan McDonough

                               Name: Ryan McDonough

                               Title: Executive Director of Education