# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose A. Weidman Jr.<br>Malena K. Weidman<br>               Debtor | CHAPTER 7 |
| FREEDOM MORTGAGE CORPORATION<br>               Movant<br>vs. | NO. 18-16090 REF |
| Jose A. Weidman Jr.<br>Malena K. Weidman<br>               Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>               Trustee | |

## **ORDER**

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 34 South Charles Street, Ephrata, PA 17522 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: January 4, 2019**

_____
United States Bankruptcy Judge.