United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16090-ref
Jose A. Weidman, Jr.                                                Chapter 7
Malena K. Weidman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin            Page 1 of 2              Date Rcvd: Jan 04, 2019
                              Form ID: 318           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.
```
db/jdb         #+Jose A. Weidman, Jr.,    Malena K. Weidman,    34 S. Charles Street,    Ephrata, PA 17522-1201
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14196573        #Belco Community Credit Union,    P O Box 82,    Harrisburg, PA 17108-0082
14196574        +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14196575        +Borough of Ephrata,    124 S. State Street,    Ephrata, PA 17522-2411
14196576         Childrens Hospital of Philadelphia,    PO Box 787802,    Philadelphia, PA 19178-7878
14196578         Freedom Mortgage,    PO Box 50428,    Indianapolis, IN 46250-0401
14202651        +Freedom Mortgage Corporation,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-2312
14196579        +Heart of Lancaster Regional Medical Cent,    1500 Highalnds Drive,    Lititz, PA 17543-7694
14196580        +Lancaster General Health,    PO Box 3555,    Lancaster, PA 17604-3555
14196581        +May Grant Obstetrics,    694 Good Drive, #112,    Lancaster, PA 17601-2433
14196583        +PSECU,    1 Innovation Way,    Harrisburg, PA 17110-1171
14196584         Red Rose Emergency Physicians,    PO Box 41750,    Philadelphia, PA 19101-1750
14196587        +Wellspan Ephrata Hospital,    169 Martin Avenue,    Ephrata, PA 17522-1724
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 05 2019 02:31:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 05 2019 02:31:52      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14196572        +EDI: CINGMIDLAND.COM Jan 05 2019 07:13:00      AT&T Mobility,    208 S. Akard Street,
                  Dallas, TX 75202-4206
14196577        +EDI: WFNNB.COM Jan 05 2019 07:13:00      Comenity Bank/Torrid,    One Righter Parkwat, Suite 1100,
                  Wilmington, DE 19803-1534
14196582         E-mail/Text: bkrnotice@prgmail.com Jan 05 2019 02:31:41      Paragon Revenue Group,
                  216 LE Phillip Court,    Concord, NC 28025-2954
14197219        +EDI: RMSC.COM Jan 05 2019 07:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
14196585        +EDI: RMSC.COM Jan 05 2019 07:13:00      Synchrony Bank,    140 Wekiva Springs Road,
                  Longwood, FL 32779-3604
14196586        +EDI: RMSC.COM Jan 05 2019 07:13:00      Synchrony Bank/ToysRUs,    140 Wekiva Springs Road,
                  Longwood, FL 32779-3604
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin              Page 2 of 2                   Date Rcvd: Jan 04, 2019
                              Form ID: 318             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,  J100@ecfcbis.com
              MICHAEL D. HESS    on behalf of Debtor Jose A. Weidman, Jr. amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Joint Debtor Malena K. Weidman amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jose A. Weidman Jr.** | Social Security number or ITIN | **xxx–xx–8772** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Malena K. Weidman** | Social Security number or ITIN | **xxx–xx–8385** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | | |
| Case number:    **18–16090–ref** | | | |

## Order of Discharge                                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose A. Weidman Jr.                                                    Malena K. Weidman

1/3/19                                                                              **By the court:**    Richard E. Fehling
                                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                                    **Order of Discharge**                                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**