United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16090-ref
Jose A. Weidman, Jr.                                                      Chapter 7
Malena K. Weidman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR              Page 1 of 1              Date Rcvd: Jan 04, 2019
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db/jdb         #+Jose A. Weidman, Jr.,    Malena K. Weidman,    34 S. Charles Street,    Ephrata, PA 17522-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2019 02:35:10      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MICHAEL D. HESS   on behalf of Debtor Jose A. Weidman, Jr. amburke7@yahoo.com
              MICHAEL D. HESS   on behalf of Joint Debtor Malena K. Weidman amburke7@yahoo.com
              REBECCA ANN SOLARZ   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jose A. Weidman Jr.<br>          Malena K. Weidman<br>                              Debtor | CHAPTER 7 |
| FREEDOM MORTGAGE CORPORATION<br>                              Movant<br>      vs. | NO. 18-16090 REF |
| Jose A. Weidman Jr.<br>Malena K. Weidman<br>                              Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>                              Trustee | |

## ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 34 South Charles Street, Ephrata, PA 17522 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: January 4, 2019**

_____
United States Bankruptcy Judge.